IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris, Olivia S

Printed: 4/1/08

Case Number: 06 B 12193
Judge: Goldgar, A. Benjamin
Filed: 9/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 19, 2008
Confirmed: November 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,630.00 |  |
| Secured: |  | 11,983.54 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 17.03 |
| Trustee Fee: |  | 629.43 |
| Other Funds: |  | 0.00 |
| Totals: | 12,630.00 | 12,630.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,245.00 | 17.03 |
| 2. | AMC Mortgage Services Inc | Secured | 13,664.30 | 9,253.68 |
| 3. | Citizens Financial Services | Secured | 4,210.21 | 2,182.60 |
| 4. | First American Bank | Secured | 12,516.99 | 547.26 |
| 5. | City Of Chicago | Secured | 142.14 | 0.00 |
| 6. | Cook County Treasurer | Secured | 684.00 | 0.00 |
| 7. | AMC Mortgage Services Inc | Secured | 2,430.98 | 0.00 |
| 8. | Citizens Financial Services | Secured | 2,479.00 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 792.32 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 140.60 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 430.19 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 40.30 | 0.00 |
| 13. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Home Depot | Unsecured |  | No Claim Filed |
| 16. | Ameritech | Unsecured |  | No Claim Filed |
| 17. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,776.03 | $ 12,000.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 420.71 |
| 5.4% | 208.72 |
|  | $ 629.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Harris, Olivia  S

Printed:  4/1/08

Case Number:  06 B 12193
Judge:  Goldgar, A. Benjamin
Filed:  9/26/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

